# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| ANNA MARTIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:12-cv-00060-RWS |
| | ) |
| GAINEY TRANSPORTATION | ) |
| SERVICES, INC., and ACE | ) |
| AMERICAN INSURANCE | ) |
| COMPANY, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiff, Anna Martin and the Defendants Gainey Transportation Services, Inc. and Ace American Insurance Company, by and through their undersigned counsel, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the case and all claims against Defendants in the above stipulated case shall be dismissed with prejudice.

It is so ordered this _____ day of _____, 2013.

_____
THE HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

[ADDITIONAL SIGNATURES ON FOLLOWING PAGE]

- 2 -

Consented to by:


*/s/ Wayne D. McGrew, III* _____
WAYNE D. MCGREW, III
State Bar No.: 493216
ANA M. CALLEJA
State Bar No.: 343780
[signed with express permission by Jason Slate]
191 Peachtree Street NE
Suite 3600
Atlanta, Georgia  30303
404-522-8220
*Attorneys for Defendants Gainey Transportation Services, Inc.*
*and ACE American Insurance Co.*


/s/ *Jason Slate*_____
R. SHANE SMITH
State Bar No.: 663357
JASON SLATE
State Bar No.:846650
Law Offices of R. Shane Smith
P.O. Box 2474
Peachtree City, GA 30269
770-487-8999
*Attorneys for Plaintiff*

4203972v.1