IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ANNA MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-cv-00060-RWS |
| | ) |
| GAINEY TRANSPORTATION | ) |
| SERVICES, INC., and ACE AMERICAN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), ANNA K. MARTIN, Plaintiff in the above-referenced matter, by and through undersigned counsel of record, voluntarily dismisses all claims against Defendants with prejudice.

Respectfully submitted, this _14_ day of March, 2013.

[Signatures on the Next Page].

APPROVED this 22 day of March, 2013.

U.S. District Judge
RICHARD W. STORY

          LAW OFFICES OF R. SHANE
          SMITH, P.C.


    By:  /s/ Jason N. Slate
          JASON N. SLATE
          State Bar No.: 846650
          *Attorney for Plaintiff*

263 Highway 74 North
P.O. Box 2474
Peachtree City, Georgia 30269
770-487-8999